

# U.S. Department of Justice

*United States Attorney*
*Eastern District of Missouri*

*HAL GOLDSMITH*
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*
*111 S. 10th Street, Rm. 20.333*
*St. Louis, MO 63102*

*Telephone: (314) 539-2200*
*Fax: (314) 539-2777*

June 12, 2023

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO 63102

> **Re:** **United States v. Brandon Bosley**
> **4:23-cr-00293 HEA JSD**

Mr. Linhares:

The indictment above returned by the United States Grand Jury in the above captioned case on June 7, 2023, was ordered suppressed pending the apprehension of the defendant named herein.

We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

Very truly yours,

SAYLER A. FLEMING
United States Attorney

 _/s/ Hal Goldsmith_____
HAL GOLDSMITH, #32984MO
Assistant United States Attorney

HG/pr