IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:23-CR-293-HEA ) |
| BRANDON BOSLEY, Defendant. | ) ) ) ) |

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

COMES NOW, Defendant , by and through his attorney, Paul E. Sims, and moves this Court for an extension of time to file any pretrial motions in connection with the above styled cause. In support thereof Defendant states the following:

1. The pretrial motion filing deadline was July 27, 2023.

2. Counsel and the Government have agreed in principal and are working out the details in a plea agreement..

3. Counsel believes he can accomplish this goal within thirty days.

4. The ends of justice are best served in this case through an extension of the pretrial motion filing deadline rather than a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, Defendant Brandon Bosley respectfully requests an extension of thirty (30) days to file his Pretrial Motions.

Respectfully submitted,

SIMS & BAILEY, L.L.C.

By: *s/* Paul E. Sims

PAUL E. SIMS #50536
Attorney for Defendant
4387 Laclede Avenue, Suite A
St. Louis, Missouri 63108
(314) 534- 0800

    Signature of the foregoing document is also certification that the foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon the office of the United States Attorney for The Eastern District of Missouri, this 15th day of August, 2023.