**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-CR-293-HEA-JSD |
| | ) |
| **BRANDON BOSLEY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Extend Time to File Pretrial Motions and Counsel's Motion to Withdraw (ECF No. 20). The Court will grant the Motion to Extend Time to File Pretrial Motions and will set the Motion to Withdraw for an in-person hearing with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time to File Pretrial Motions and Counsel's Motion to Withdraw (ECF No. 20) is **GRANTED**, in part. The Court grants Defendant's Motion to Extend Time to File Pretrial Motions.

**IT IS FURTHER ORDERED** that Defendant is granted up to and including **Monday, November 13, 2023**, in which to file pretrial motions or a waiver of such motions. The Government shall have until **Monday, November 27, 2023**, in which to respond to any motions filed by Defendant.

For the reasons set out in Defendant's motion, the undersigned finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting Defendant's requests for additional time outweigh the best interest of the public and Defendant in a speedy trial, the additional time is granted to Defendant to investigate and prepare pretrial motions, or a waiver notice and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FINALLY ORDERED** that the Court will hold a hearing regarding Counsel's Motion to Withdraw (ECF No. 20) on **Monday, September 18, 2023, at 10:00 a.m. in Courtroom 17N**.  Counsel and Defendant shall appear in person.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of September, 2023.