UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23 CR 293 HEA/JSD |
| | ) |
| BRANDON BOSLEY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE**

Defendant, BRANDON BOSLEY, through counsel, Diane L. Dragan, asks that the Court continue the deadline for filing pretrial motions an additional 30 days. On December 27, 2023, undersigned counsel was appointed. On January 16, 2024, counsel met with AUSA Goldsmith to get a copy of the discovery in the case. Counsel is requesting 30 additional days to review the discovery and determine if motions are appropriate. The government does not oppose this request but has indicated it may oppose any additional requests for continuance.

WHEREFORE, Mr. Bosley requests an additional 30 days to either file or waive pretrial motions.

Respectfully submitted,

/s/ Diane L. Dragan
DIANE L. DRAGAN 73591MO
111 Prospect Ave. Ste I
Kirkwood, Missouri 63122
Telephone: 314-788-7323
E-Mail: Diane@Draganlawfirm.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

    Counsel Diane L. Dragan certifies that the forgoing was filed electronically via the Court's electronic filing system and served via the same upon AUSA Goldsmith via email.

Dated January 17, 2024.

                                                /s/ Diane Dragan
                                                Attorney for Defendant