UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.   4:23 CR 293 HEA/JSD ) |
| BRANDON BOSLEY, | ) ) |
| Defendant. | ) ) |

### *IN CAMERA* REVIEW ORDER

All pretrial matters have been referred to this Court pursuant to 28 U.S.C. § 636(b). The matter currently before the Court is the Court's *in camera* review of the government's *In Camera, Ex Parte* Response of the United States of America to This Court's June 20, 2024 Amended Order ("Response"), along with its Exhibit 1, which is a summary log of recordings.[1] [ECF No. 70] The Court has reviewed the government's Response and its Exhibit 1 and finds that both comply with the Court's Amended Order.  More to it, the recordings described in Exhibit 1 appear to be relevant and discoverable in the context of Fed. Rule Crim. P. 16 and Defendant's purported defenses.

Accordingly,

**IT IS HEREBY ORDERED** that the government shall, within ten (10) days, provide Defendant with copies of all recordings as presented in Exhibit 1.

SO ORDERED:

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 16rd day of July, 2024.

---

[1] Exhibit 1 is a summary log of recordings in response to this Court's Amended Order and Report and Recommendation of United States Magistrate Judge ("Amended Order") [ECF No. 69] requiring, among other things, the government to provide certain materials to the Court for its *in camera* review.