UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-CR-00293 HEA/JSD |
| ) | |
| BRANDON BOSLEY, ) | |
| ) | |
| Defendant. ) | |

**PROTECTIVE ORDER**

The Consent Motion for a Protective Order is hereby considered and granted. Accordingly, it is hereby ORDERED:

1. The Government shall provide copies of the recordings to Defense counsel pursuant to this Court's July 16, 2024 Order (ECF 72).

2. The Defendant and Defense counsel are prohibited from sharing the contents, disclosing or disseminating the recordings to any person other than any associate, paralegal, or clerical employee involved in the defense of this case with current Defense counsel, Diane Dragan. Further, the Defendant shall not retain any of these recordings, but will return them to Defense counsel following his review. These restrictions will remain in place throughout the proceedings in this case and until such time as this Court might order otherwise.

3. Nothing in this Protective Order is intended to prevent or impede defense counsel of record's sharing of discovery with the Defendant.

SO ORDERED this _____ day of _____, 2024.

_____
JOSEPH S. DUEKER
United States Magistrate Judge
Eastern District of Missouri