UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23 CR 293 HEA/JSD ) |
| BRANDON BOSLEY, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO WITHDRAW MOTION AND CANCEL STATUS HEARING

Defendant, BRANDON BOSLEY, through counsel, Diane L. Dragan, asks that the Court permit undersigned to withdraw Doc. #100 the Second Motion for Discovery and cancel the Status Conference scheduled for Tuesday, April 8, 2025.  The parties have conferred regarding Defendant's Motion for Discovery and Defendant is satisfied that all discovery due pursuant to the Court's orders have been provided.

WHEREFORE, Mr. Bosley requests tomorrow's hearing be cancelled.

Respectfully submitted,

/s/ Diane L. Dragan
DIANE L. DRAGAN 73591MO
131 Prospect Ave. Ste A
Kirkwood, Missouri 63122
Telephone: 314-788-7323
E-Mail: Diane@Draganlawfirm.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    Counsel Diane L. Dragan certifies that the forgoing was filed electronically via the Court's electronic filing system and served via the same upon AUSA Goldsmith via email.

Dated April 7, 2025.

                                          /s/ Diane Dragan
                                          Attorney for Defendant