UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-293 HEA ) |
| BRANDON BOSLEY, | ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that this case is set for a Motion hearing on **August 11, 2025 at 11:30 am** in the courtroom of the undersigned.

Dated this 7th day of August, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE