UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-cr-00293-HEA |
| BRANDON BOSLEY, | ) |
| Defendant. | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME NOW Thomas C. Albus United States Attorney for the Eastern District of Missouri, and Matthew A. Martin, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Matthew A. Martin*
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200