UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CR-00293 HEA |
| | ) | |
| BRANDON BOSLEY | ) | |
| | ) | |
| Defendants. | ) | |

### THE UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith and Matthew A Martin, Assistant United States Attorneys for said District, and requests that the following *voir dire* questions be put to the panel of prospective jurors:

### KNOWLEDGE OF PARTICIPANTS

1. The United States is represented by the United States Attorney for the Eastern District of Missouri, Tom Albus, in all cases filed in this District. In Court, the United States will be represented by Assistant United States Attorneys Hal Goldsmith and Matt Martin. Does anyone know Mr. Albus, Mr. Goldsmith, or Mr. Martin?

2. Does anyone here know someone who works or who previously worked in the United States Attorney's Office?

3. The case agent in this investigation is Federal Bureau of Investigation Special Agent Nic Fears. Does anyone here know Special Agent Fears?

4. FBI Special Agents and forensic accountants also assisted in this investigation. Does anyone here know someone who works in the FBI?

5. Brandon Bosley is the defendant in this case. At the time of the charged crimes

the Defendant was the Alderman for the Third Ward of the City of St. Louis. Does anyone here know the Defendant? Did anyone here live in the Third Ward at the time the Defendant was the Alderman? Is anyone here familiar with any member of the Bosley family? Has anyone here worked for the City of St. Louis?

6. The Defendant is represented by attorney Joe Hogan. Does anyone here know Mr. Hogan?

7. During the trial, the United States intends to present testimony from the following witnesses:

    a. Andrew Ryder, retired Special Agent with the FBI;

    b. Eric Field, Special Agent with the FBI;

    c. Paul Johnson, retired Senior Claims Representative with Missouri Farm Bureau Insurance Company;

    d. Kevin Maybury, retired Senior Auto Claims Representative with Missouri Farm Bureau Insurance Company;

    e. Alex Hogan, forensic accountant with the FBI; and

    f. Mohammed Almuttan.

Does anyone believe that you know or are familiar with any of these witnesses?

8. Does anyone here believe they know another fellow prospective juror in the courtroom?

    a. How do you know the other prospective juror?

**NATURE OF CHARGES**

9. The Defendant has been charged by the grand jury with five crimes. The first four crimes charge the Defendant with committing insurance fraud as part of a scheme to defraud

2

Missouri Farm Bureau Insurance Company regarding an automobile damage claim, which scheme started in February 2022 and continued through April 2022. The fifth crime charges the Defendant with making false statements to FBI Special Agents who were investigating the insurance fraud.

    a.  Is anyone here familiar with this case?

    b.  Has anyone read or seen any media reports or other information about the case?

10.  Do any of you, or your family or close friends currently work or in the past worked in the insurance field?

    a.  Which insurer?   What are/were the job duties?

    b.  Have any of you, or your family or close friends had insurance through Missouri Farm Bureau Insurance Company?

11.  Have any of you, or your family members or close friends filed a claim on a home or automobile insurance policy?

    a.  Were you/they satisfied with the outcome of the claim?

    b.  Have any of you, or your family members or close friends disputed a claim with their insurer?

    c.  Does anyone here have strong feelings about insurance companies that would affect how you view the evidence in this case?

    d.  Does anyone think that it should not be a crime to defraud an insurance company?

12.  Does anyone here think it should not be a crime to make a false statement to an FBI Agent?

13. For some investigations, law enforcement officers become aware of criminal activity and allow it to continue in order to complete their investigation and gather all of the evidence. In this case, the FBI learned about Defendant's charged scheme to defraud before it was completed, and worked to gather evidence until the scheme to defraud was completed. Does anyone here disagree with this type of investigation?

14. Like many of these investigations, in this case the FBI was assisted by someone who agreed to cooperate with their investigation into Defendant's charged scheme to defraud. That individual had been charged and pled guilty to a separate crime. In exchange for his cooperation, which required that he provide complete and truthful information, the United States recommended that the individual receive a reduced sentence. That is something you can consider when evaluating the cooperating individual's testimony.

    a. Will the fact that an individual agreed to cooperate with the FBI cause anyone here to automatically discredit the cooperating individual's testimony?

    b. Could you fairly evaluate the cooperating individual's testimony along with all of the other evidence you see and hear in this case?

15. The cooperating individual in this case immigrated to the United States. To ensure a fair trial to both parties to this case, it is critical that a witness's race or national origin have no role in your evaluation of a witness's testimony. Is there anyone here who will have any difficulty with this issue, simply because the cooperating individual is a legal status immigrant?

**BURDEN OF PROOF**

16. Does everyone here understand that the Defendant is presumed innocent of each charged crime and it is the United States' burden to prove that he is guilty beyond a reasonable

doubt?

17. Does everyone here agree to follow the law as instructed by the Court that defines reasonable doubt?

18. Will anyone here increase the United States' burden of proof and require that we prove the Defendant is guilty beyond all possible doubt before you could consider finding him guilty?

**NATURE OF EVIDENCE**

19. The evidence in this case will include audio and video recordings from the investigation involving the Defendant.   Is there anyone here who has difficulty seeing or hearing? Would the issue prevent you from being able to hear or see this evidence?

20. The legality of how these recordings were obtained is not an issue in this case. Does anyone here feel that the United States should not be allowed to use this type of evidence?

**PRIOR JURY SERVICE**

21. Has anyone here served on a jury before?

    a. Was it a civil or criminal case?

    b. Where did the trial take place?   State or federal court?

    c. When was the trial?

    d. If criminal, what were the charges at issue?

    e. Were you selected as the foreperson?

    f. Without telling me the specific outcome, were you able to reach a verdict?

22. Has anyone here been a member of a Grand Jury?

## EXPERIENCE WITH THE CRIMINAL JUSTICE SYSTEM

23. Have you, or have any of your family members or close personal friends, been a witness in a criminal case? If yes, what was the nature of the case? For which party did you or the person you know appear as a witness?

24. Has anyone here communicated, whether in person or telephone calls or by writing, with a person while that person was incarcerated? If yes:

   a. What was your relationship to that person?

   b. Why was the person incarcerated?

   c. Did you believe that person had been treated fairly by the criminal justice system?

25. Has anyone here ever been arrested by law enforcement, meaning you have been placed in handcuffs by a law enforcement officer, regardless of whether you were charged or the charges were later dismissed?

   a. When did this happen?

   b. Where did this happen?

   c. Do you believe you were treated fairly by the law enforcement in your situation?

   d. If you were charged with a crime, do you believe you were treated fairly by the criminal justice system?

26. Has anyone had a family member or a close friend arrested by law enforcement?

   a. Do you believe that person was treated fairly by law enforcement?

   b. If that person was charged with a crime, do you believe he or she was treated

6

fairly by the criminal justice system?

27. Does anyone here have any formal legal training or experience working in the legal field?

28. Does anyone here have any experience working in law enforcement?

**CATCH-ALL**

29. If you are selected as a juror to hear this case, you will take an oath to follow the law as instructed to you by Judge Autrey. Is there anyone here who would not follow Judge Autrey's instructions on the law if you disagreed with it or felt that it should be somehow different?

30. Is there anyone here who, for religious or moral reasons or otherwise, feels that they cannot sit in judgment of another person?

31. Is there any other issue that we have not discussed that would prevent anyone from being able to serve as a fair and impartial juror in this case?

Respectfully submitted,

*/s/ Matthew A. Martin*
Hal Goldsmith
Matthew A. Martin, #64000MO
Assistant United States Attorneys
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

  I hereby certify that on January 13, 2026, a true and accurate copy of this document was filed with the Court's electronic file management system.

                */s/ Matthew A. Martin*
                Matthew A. Martin, #64000MO
                Assistant United States Attorney