**Tiniki Long-Steele**
3913 N 25th Street
St. Louis, MO 63107
karealot4kidz@yahoo.com

Date: March 17, 2026

The Honorable Judge Autrey

**Re: Support Letter for Brandon Bosley**

Dear Judge Autrey,

My name is Tiniki Long-Steele, and I am a business owner in the Hyde Park community. I am writing this letter in strong support of Mr. Brandon Bosley, whom I have had the privilege of knowing and working alongside for over 12 years.

During this time, I have come to know Mr. Bosley as not only a colleague, but a trusted friend, a kind and compassionate person, and a dedicated public servant. He has consistently demonstrated a genuine commitment to improving the lives of others throughout the 3rd Ward in St. Louis. His work has focused on youth development, public safety, infrastructure improvements, and strengthening the community overall.

I have personally worked side by side with Mr. Bosley on numerous community initiatives, including annual Father and Son fishing events, Spooktacular Halloween events, Christmas toy giveaways, neighborhood clean-up efforts, Thanksgiving basket and turkey giveaways, and resource fairs serving families in the Hyde Park community. His presence and leadership have always been rooted in service and care for others.

Mr. Bosley is also a devoted father and role model. He leads with integrity and compassion, and his impact extends far beyond his official role. He is someone our community depends on.

While I understand the seriousness of the matter before the Court, I respectfully ask that you consider leniency in sentencing. If Mr. Bosley is incarcerated, he will not be able to properly care for his family nor continue the meaningful work he has been doing to uplift and support the community. I believe that alternatives such as house confinement or placement in a halfway house would allow him to remain accountable while still contributing positively to his family and the community.

I firmly believe Mr. Bosley's character, his history of service, and his continued potential to do good make him deserving of consideration and leniency.

Thank you, Judge Autrey, for your consideration.

Respectfully,

**Tiniki Long-Steele**

Dear Judge Autrey,

I am writing with deep respect for the Court and for the responsibility you carry in ensuring justice is served. I write regarding the upcoming sentencing of my brother, Brandon Bosley.

My brother grew up in a family where public service was not just a career but a calling. Our father served as a public figure and as alderman of the 3rd Ward, and he taught us that integrity, humility, and service to the community must always guide anyone entrusted with public responsibility. My brother hoped to follow in our father's footsteps, but he failed to uphold the same standards that our father demonstrated and worked so hard to instill in us.

When I was younger, I too made mistakes that reflected poorly on my father's legacy. At the time, I was a child who did not fully understand the weight of public trust or the consequences of misusing it. Even so, I carried deep shame for the way my actions affected my father and the reputation he had earned through years of service to the community. I understood that my mistakes did not just belong to me—they impacted him as well.

My brother, of course, was not a child when he made the decisions that led to this moment. I do not write to excuse his actions. When I first learned about this case, I did not assume he was innocent, and I struggled to understand why he did not accept responsibility sooner. In the time since, I have prayed that he would humble himself and fully acknowledge the harm his actions have caused. However, I am writing today not primarily for my brother, but for his children.

His oldest daughter, Jordan, was born when my brother was very young. Because of that, she was raised almost as his sister. My father and his mother stepped in to provide stability and ultimately adopted her. Despite early challenges, Jordan persevered. She went on to join the United States Air Force and has grown into a strong and admirable young woman.

My brother's twin sons spent their early years with him, but their mother later became their primary caregiver. I do not see them as often as I would like, so I cannot fully speak to how his absence has affected them. What I do know from experience is that the presence of a father matters. The twins are now approaching high school graduation. One consistently earns academic awards, and the other is excelling in football. They are young men standing at an important crossroads in their lives.

My brother also has a younger son, Brandon Jr., who is still a child. Unlike his older siblings, Brandon Jr. has known my brother as a dedicated and present father. Perhaps age and experience have changed my brother in ways that were not present earlier in his life. I have personally seen him show up for Brandon Jr. in ways he did not always do before. Because of that, I believe Brandon Jr. will be deeply affected by his father's absence.

Children often struggle to understand circumstances like these. They may not be able to distinguish between punishment and abandonment. For them, the loss can feel the same.

For their sake, I respectfully ask that the Court consider leniency in my brother's sentencing. I ask that any punishment imposed be one that holds him accountable while still allowing him the opportunity to remain a meaningful presence in his children's lives and to serve the community in a constructive way.

Thank you for taking the time to read this letter and for the careful consideration you give to every decision before the Court.


Respectfully,

Kenya Bosley-Futrell

March 17, 2026

**TIMOTHY D. PERSON, Jr.**

6125 South Grand Blvd.

St. Louis, MO 63111

The Honorable Judge Henry Autery

United States District Judge

111 South 10th Street

St. Louis, Missouri 63102

RE: Brandon Bosley

Judge Autrey,

Please accept this letter as my letter of support for Mr. Brandon Bosley as you consider his pre- sentencing.

I have known Mr. Bosley almost his entire life. My association extends to entirety of the Bosley family, my father went to Sumner High School and was a close friend of Freeman Bosley, Sr. and I am a close friend, business partner and

former Chief of Staff to Freeman Bosley, Jr. the former 22nd Judicial Circuit Clerk and former Mayor of the City of St. Louis. As a family, the Bosley family coalesced around public service and fighting for their communities. At his heart, that is who Brandon Bosley is. Brandon never lost that mission but, sadly this entanglement, with an individual whose sole intent was to entrap Mr. Bosley, has left him in this unfortunate predicament

During my many interactions with Brandon while he served as a member of the St. Louis Board of Alderman, I always found him to be attentive, curious and a hard worker. He desperately wanted to bring a better quality of life to his community. He was always placing the interest of those who were less fortunate at the forefront. He would work long hours working to find opportunities and help for those in his community. Brandon would often seek nontraditional approaches to address the ills that afflicted his community. He was passionate and focused. He was a dreamer too. Many times, he would undertake seemingly oversized under task but that was because he led with his heart

Your honor, I am respectfully requesting, that as you deliberate on sentencing Mr. Bosley, please take into consideration that his overall body of work has been for the good of his community. His stupidity stems from his blustering, hood talk, which was stupid, but if he had just employed common sense or even

just thought about the math for the repairs, he would have known that something did not add up. I know Brandon and he is a good person. I trust that his passion and love for his community will influence your decision  I do believe that God is not through with him yet. I am respectfully requesting leniency given his prior history so please consider sentencing him to either house arrest or a halfway house

Thank you for considering my thoughts and support for Brandon.

Signed,

Tim Person

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 7 of 49 PageID #: 580

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Request for Leniency for Branden Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>        Thu, Apr 9, 2026 at 3:38 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Dionne Reed <dionne@parknorthstl.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Tuesday, March 17, 2026 at 04:43:53 PM CDT
**Subject:** Request for Leniency for Branden Bosley

Dear Judge Autrey,

My name is Dionne Reed, and I am writing in support of my cousin, Brandon Bosley. I have known Brandon for approximately thirty years. During that time I have come to know him as a devoted family man and a caring member of his community.

I watched him grow up alongside his parents, Freeman and Lucinda Bosley, and I have personally seen the respect and support he has always shown toward his family.

Throughout the years, Brandon has consistently demonstrated that he is dependable, supportive, and committed to those around him.

He takes great pride in providing for his family and being present in their lives. In addition to his dedication to his family, he has also shown a strong commitment to helping others within the community.

On many occasions, I have witnessed Brandon and his family provide food, clothing, and even financial assistance to individuals and families facing difficult economic circumstances in the city of St. Louis.

These acts were not done for recognition, but simply out of a genuine desire to help others during times of need.

It is my sincere belief that removing Brandon from his family and community would create a significant hardship.

He plays an important role in supporting his loved ones, and his absence would have both financial and emotional impacts on those who rely on him.

The community would also lose someone who has demonstrated a sincere willingness to support and uplift others.

I respectfully ask that you consider leniency in Brandon's case.

If possible, I ask that alternatives such as home confinement or placement in a halfway house be considered in place of a prison sentence.

I believe this would allow Brandon to remain accountable while continuing to support his family and contribute positively to his community.

Thank you, Judge Autrey, for your time and thoughtful consideration.

Respectfully,
Dionne Reed

**Dionne L. Reed**, HCCP, COS, HCS, AHM
Regional Compliance Manager
◉ dionne@parknorthstl.com

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 8 of 49 PageID #: 581

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Bosley
1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                    Thu, Apr 9, 2026 at 3:38 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** marzellstrue <marzellstrue@sbcglobal.net>
**To:** "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
**Sent:** Wednesday, March 18, 2026 at 02:52:04 AM CDT
**Subject:** Re: Brandon Bosley

Dear Judge Autrey,

My name is Sharon Person I'm am one of Brandon older cousins I am writing on behalf of Brandon  I have known Brandon for thirty something years, and during this time, I have  known him to be a fine young man, a  family man and a caring member of his community.

Brandon has shown himself to be dependable, and supportive He is someone who takes pride in providing for his family and being present in their lives. Beyond his family, he has also demonstrated a strong commitment to serving the community and improving the environment for others Brandon strives to make a positive difference.

It is also my belief that removing Brandon from his family and community would create a significant hardship. He plays an important role in supporting his loved ones, and his absence would not only affect them financially but also emotionally. Additionally, the community would lose someone who has shown a genuine desire to serve others and help create a better environment for everyone.

I respectfully ask that you consider leniency in Brandon's case. If possible, I ask that alternatives such as house confinement or placement in a halfway house be considered instead of a prison sentence. I believe this would allow him to remain accountable while still supporting his family, continuing his service to the community, and improving the environment for others.

Thank you, Judge Autrey,

Sincerely,
Sharon Person

March 18, 2026


Honorable Judge Henry Autrey
District Judge
Eastern District of Missouri
111 S. 10th St.
Thomas F. Eagleton United States Courthouse
St. Louis, MO 63102


Dear Judge Autrey,


I am writing on behalf of Brandon Bosley who is scheduled to appear before your Court for sentencing followings his conviction on several Federal charges.

I have been a close friend of the Bosley family for almost 40 years and over that time, we have shared countless family celebrations and milestones. I have come to know Brandon not only as a member of that family, but as an individual of character and compassion.

Brandon is a decent young man who was raised in a family deeply committed to public service. Throughout his life, he has made meaningful efforts to give back to the community-mentoring young people and working to ensure that elderly residents received the services and care they deserve. His actions have reflected a genuine concern for others and a desire to make a positive impact.

While I am not familiar with the specific circumstances that led to his current situation, I do know Brandon to be a devoted father and a caring son.  I firmly believe that the actions that brought him before the Court do not define the totality of his character.  Given a second chance, I do not believe he would repeat those mistakes.

I also believe Brandon has the potential to turn this difficult experience into something constructive. By sharing his story, he could serve as a powerful example to young people in our community, helping guide them away from poor decisions and toward better futures.  In my own years of service to the Court, I have witnessed many individuals who made serious mistakes but were able to rehabilitate themselves and go on to lead productive, meaningful lives.  I truly believe Brandon has the same potential.

I respectfully ask that you consider granting him an opportunity for a second chance-one that would allow him to continue contributing to his community and to be present for his family.

Thank you for your time and consideration.

Respectfully,


Kathleen Gamache
4914 Michigan
St. Louis, MO  63111

Case: 4:23-cr-00293-HEA   Doc. #: 161-1   Filed: 04/14/26   Page: 10 of 49 PageID #: 583

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## (no subject)
1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                                    Thu, Apr 9, 2026 at 3:37 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
From: Cariah Jetton <cariahjetton@gmail.com>
To: jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
Sent: Wednesday, March 18, 2026 at 01:33:53 PM CDT
Subject:

Hello, my name is Jetton Neal. I am Brandon's cousin-in-law by the way of marriage. I have been in the family for 17yrs and count. I have come to know Brandon as a good loving and caring and helpful cousin as well a loving father, son, brother , friend and has become a great asset to the community.

Continued prayers being said for Brandon and this case. Have mercy Judge Autrey.


Thank You

JETTON NEAL

Dear Judge Autrey,

My name Is Cynthia Bosley Head and I am writing to you about my cousin Brandon Bosley. Our fathers were brothers and I have known Brandon his entire life. He is in the same age group as my children so I can speak to his character in childhood and adulthood.

Brandon has always been respectful, responsible and charismatic. As a child he got along with his peers while eagerly learning and practicing techniques to propel him into a bright future. These skills took him right into community service where he has been passionate about helping others. As a young father, he recognized early that he must be an integral part of his children's lives. He did this while also focusing on other parents doing what he could to help them be better in their roles. He advocated for helping people find employment so they could provide for their families. He helped to foster father/son relationships by hosting an annual retreat in the park where they camped out overnight and learned coping skills, fishing and just had good clean fun. He's always cared about his community which included neighborhood watch activities and the annual Christmas party and bike giveaway.

In our family, Brandon is someone who we can always count on. He regularly checks on his elders as well as counseling his generation and the younger generation below him. He remains encouraging to us regardless of what he may be going through.

Judge Autrey, I am humbly asking that you see fit to have leniency on Brandon's sentence. His children as well as our entire family need him every day. Our community needs him. Please don't allow a sentence to erase all the good that Brandon has done nor stop all the good that is still to come from him. Thank you for your time and consideration.

Respectfully,

Cynthia Bosley Head

March 18, 2026

Honorable Judge Henry Autrey

District Judge Eastern District of Missouri

111 S. 10th Street

Thomas Eagleton United States Courthouse

St. Louis, MO  63102

Dear Judge Autrey,

I am writing on behalf of Brandon Bosley, who is appearing before you for sentencing on April 16, 2026.

I have known the Bosley family for over 35 years and consider them an extended family of my own.  We have celebrated many birthdays, weddings, and family time together.  Our children have grown up together through the years and have developed the love and respect we have all shared for each other.

I would like to ask you to consider any alternatives available that would allow Brandon to be able to be present and available in his children's life, as well as to be accountable for his actions.  I know that Brandon is a good father and a supportive father that has always been there for his children.  I feel he is capable of making  positive changes  that would help himself, as well as others, if he were to remain outside of the prison system.

I trust in your judgment and would like to thank you for your consideration.

Respectfully submitted,

Peggy Cole

Case: 4:23-cr-00293-HEA   Doc #: 161-1   Filed: 04/14/26   Page: 13 of 49 PageID #: 586

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Letter of support - Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                           Thu, Apr 9, 2026 at 3:36 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Laura Keys <lakey513@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Thursday, March 19, 2026 at 01:23:54 PM CDT
**Subject:** Letter of support - Brandon Bosley

Dear Judge Autrey,

It is with a heavy heart that I write on behalf of my longtime friend and former colleague, Brandon Bosley.

I have known Brandon and his family for decades and had the privilege of watching him grow up and serving alongside him on the City of St. Louis Board of Aldermen. Brandon is an intelligent, compassionate, and family-centered individual who has remained deeply committed to the community where he has lived his entire life despite the situation he finds himself in today. He is dependable, supportive, and takes pride in providing for his family. More importantly, he understands the responsibility of being present—both in his family's life and within the broader community.
Throughout the years, Brandon has consistently worked to make a positive impact, particularly among young men in the Hyde Park area. Through mentorship and community engagement, he has invested his time and personal experiences to guide others toward better outcomes. His commitment is not occasional—it is ongoing and intentional.
With respect to the matter before the Court, I fully recognize the seriousness of the charges. However, based on my personal working knowledge of Brandon's character and my conversations with him, I respectfully ask the Court to consider leniency in sentencing. His continued presence would provide meaningful support to his recently widowed mother, his sisters, and his children.
I respectfully request consideration of alternative sentencing options, such as home confinement or placement in a halfway house, in lieu of incarceration. I am confident that Brandon will remain accountable, continue to support his family, and maintain his positive contributions to the community.

Thank you for your time and thoughtful consideration.

Prayerfully submitted,
Laura M. Keys
Alderwoman
The Elevated 11th Ward
314-441-0375

Case: 4:23-cr-00293-HEA   Doc. #: 161-1   Filed: 04/14/26   Page: 14 of 49 PageID #: 587

 Gmail

<div align="right">Joseph Hogan &lt;joe@hogancriminaldefense.com&gt;</div>

## Fw: Character Letter for Brand Frazier Bosley

1 message

---

**Joseph hogan** &lt;jmhogan4090@sbcglobal.net&gt;                                    Thu, Apr 9, 2026 at 3:36 PM
To: "joe@hogancriminaldefense.com" &lt;joe@hogancriminaldefense.com&gt;

----- Forwarded Message -----
**From:** Shannon Gatlin &lt;scgatlin@yahoo.com&gt;
**To:** "jmhogan4090@sbcglobal.net" &lt;jmhogan4090@sbcglobal.net&gt;
**Sent:** Thursday, March 19, 2026 at 05:47:34 PM CDT
**Subject:** Character Letter for Brand Frazier Bosley

> Dear Judge Autrey,
>
>
> My name is Shannon Gatlin, and I am writing on behalf of Brandon Frazier Bosley. As his cousin, but more like an aunt. I have known Brandon his entire life and have had the opportunity to watch him grow into the respectful, responsible father and caring man he is today.
>
> Brandon has consistently shown himself to be dependable, supportive, and committed to those around him. He takes pride in providing for his family and being present in their lives. Beyond his family, he has also demonstrated a strong commitment to serving the community and improving the environment for others. Whether through offering assistance, encouraging those around him, or taking part in efforts that uplift his surroundings, Brandon strives to make a positive difference.
>
> I firmly believe that removing Brandon from his family and community would create a significant hardship. He plays a vital role in supporting his family, and his absence would have both financial and emotional consequences. Furthermore, the community would lose someone who has demonstrated a willingness to serve, give back, and help create a better environment for others.
>
> I respectfully ask that you consider leniency in Brandon's case. Please consider alternatives to a prison sentence, such as home confinement or placement in a halfway house, which would allow him to continue supporting his family, serving the community, and making a positive impact on the lives of others.
>
> Thank you, Judge Autrey, for your time and thoughtful consideration.
>
> Sincerely,
>
>
> Shannon Gatlin
>
>

**Willie C. Jones**

2541 W. Hebert

St. Louis, MO 63107

314-588-7243


Date: March 20, 2026

The Honorable Judge Autrey

**Re: Support Letter for Brandon Bosley**

Dear Judge Autrey,

My name is Willie C. Jones, and I am a resident of the St. Louis community. I am writing this letter in strong support of Mr. Brandon Bosley, whom I have known as a dedicated presence in our neighborhood.

During our time knowing each other, I have seen firsthand that Mr. Bosley is a kind and compassionate person with a genuine commitment to helping others. He has been an invaluable help to the seniors in my area. I have personally witnessed him assisting with dropping off senior meals and taking the time to help with various small tasks that many of us struggle to manage on our own.

His leadership is rooted in service, and he is someone our community truly depends on. Whether he is checking in on neighbors or ensuring we have the resources we need, his impact is felt deeply by those of us who rely on his support.

Please consider a lenient sentence for Mr. Bosley, as his absence would deeply impact the senior community he serves so faithfully. By utilizing house confinement or a halfway house, the Court could maintain his accountability without stripping our neighborhood of his essential contributions and support.

Thank you, Judge Autrey, for your time and consideration.

Respectfully,

Willie C. Jones

March 20, 2026


Honorable Judge Henry E. Autrey
United States District Court,
111 South 10th. Street
St. Louis, Missouri 63102


Dear Sir,


It is with great pride that I write this letter of support of Mr. Brandon Bosley. My name is Chief Rickey O. Collins, Retired Chief of Police of the Great City of Pine Lawn, Missouri. I have served as a police officer for more than 32 years completing my career as Chief of Police.

I have known Mr. Brandon Bosley, for several years in both a personal and professional capacity, and can attest without reservation to his integrity and have personally participated in his community outreach activities. I watched him interact with his son, his mom and the community and was impressed by his mannerism and how he conducted himself in public.

I noticed his great concerns for the needs of his community. For many years I participated beside him during various outreaches such as Easter Holidays Egg Hunts, Big Christmas Toy Giveaways, Halloween Parades and a host of other community events.

I understand the severity of the consequence that he now faces, however I pray that the countless positive things that he has done in and for the community does not go unnoticed and humbly ask that in light of his positive past contributions to society, his involvement as a father, and the positive impact on people within the community, that leniency be offered at this time.



Humbly and respectfully submitted,



Chief Rickey O. Collins, Ret.

March 25, 2026

1902 Angelica Street
St. Louis, MO 63107

The Honorable Judge Autrey

Dear Judge Autrey,

My name is Tyanna Broadway, and I have been a homeowner in the Hyde Park neighborhood for approximately 20 years. During this time, I have had the privilege of knowing Brandon Bosley and his father, Bosley Sr., throughout my entire residency in the community.

Brandon is a personal friend to me and my husband, and he also served as our 3rd Ward Alderman representing the Hyde Park neighborhood. We were honored to have him speak at our wedding, which speaks to the high regard we hold for his character and integrity.

Brandon has consistently demonstrated a deep and genuine commitment to the community he serves. He has organized and participated in numerous neighborhood meetings and events to keep residents informed and engaged. He has also been especially attentive to the needs of elderly residents, offering support and assistance whenever possible. In addition, Brandon has played a meaningful role in bringing families together through community Christmas and Halloween events, creating safe, positive spaces for children and families to connect and celebrate. These efforts have had a lasting impact on strengthening our neighborhood.

What stands out most is that Brandon has always led by example, often involving his children in community service, teaching them firsthand the importance of giving back, responsibility, and leadership. He is not only a public servant but also a devoted and present father.

Brandon continues to be a vital and positive presence in our community, and his absence would be deeply felt. I respectfully ask that you consider leniency in your sentencing. Allowing him to serve his sentence through home confinement would enable him to remain an active father to his children while continuing to contribute positively to the community.

Incarceration would not only impact Brandon, but it would also have a profound and lasting effect on his children, who depend on his guidance, presence, and support.

Thank you for your time and thoughtful consideration of this request.

Sincerely,
Tyanna Broadway

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 18 of 49 PageID #: 591

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Bosley

1 message

Joseph hogan <jmhogan4090@sbcglobal.net>                Thu, Apr 9, 2026 at 3:35 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
From: Diana Solomon-glover <nomolog@aol.com>
To: "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
Sent: Wednesday, March 25, 2026 at 12:17:35 PM CDT
Subject: Brandon Bosley

Dear Judge Autrey,

My name is Diana Solomon-Glover. I am an older first-cousin of Brandon Bosley's. I have lived in New York for most of Brandon's life and wasn't present during his formative years, but I have come to know him over the last decade as a compassionate and dedicated person with an admirable sense of duty to his immediate and extended families and to the community in which he lives. I remain inspired by the genuine and abiding love that they mutually exhibit.

I am humbly asking for leniency in Brandon's sentencing. I have seen the good in him and the good deeds he has done.  I am convinced that he is capable of learning a different, more honorable way of conducting himself in business and politics. As such, I foresee there is much more he can and will do to enhance life for his family, for the people in his community and, by extension, for the great City of St. Louis.

Respectfully,

Diana Solomon-Glover

(917) 714-0386

Sent from my iPhone

Leroy Gill Jr

3211 Hebert Street

St. Louis, MO 63107

leroygilljr@gmail.com

March 25, 2026

**Re: Support Letter for Brandon Bosley**

Dear Judge Autrey,

My name is Bishop Leroy Gill Jr founder and former pastor of Jubilee Community Church located at 4231 N Grand in the 3 Ward. My wife and I moved to the Lindell Park Neighborhood in 1996 to serve the community with the gospel message and serving residents by establishing Jubilee Community Development Corporation that met many "felt needs".

I personally worked with Mr. Bosely with the former Chief of Police John Hayden Jr. providing ice cream treats for children after school, distributing gun safety locks for adults to prevent accidents, also supporting the annual father and son fishing in Hyde Park.

I am writing this letter in support of Mr. Bosley and respectfully ask that you consider granting him leniency. While I understand and acknowledge the seriousness of the actions that have brought Mr. Bosley before the court. my intention is not to minimize their significance. Instead, I ask you to reflect on whether it is truly beneficial to incarcerate a young man who still has much to contribute to his generation and our community. Individuals of Mr. Bosley's caliber are uncommon in our community, and his potential for positive influence should be carefully weighed in your decision.

Honorable Judge Autrey, I respectfully ask that you consider alternative forms of rehabilitation for Mr. Bosley. Rather than incarceration, I believe options such as community service, counseling, or other restorative measures may be more beneficial, both to Mr. Bosley and to the community he has served. Thank you for providing an opportunity to advocate on behalf of Mr. Bosley.

Sincerely,

Bishop Leroy Gill Jr.

Out of Ashes Ministry & Consulting

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 20 of 49 PageID #: 593

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Bosley
1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                          Thu, Apr 9, 2026 at 3:34 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Resie Bryant <resiebryant@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Wednesday, March 25, 2026 at 10:32:54 PM CDT
**Subject:** Brandon Bosley

Dear Judge Autrey,

I am, Brandon Bosley's, older first cousin, Dellarese Bryant. I've spent a lot of time with Brandon while he was growing up because my kids were growing up along side him. He was a good kid, a caring kid and grew up to be an even better man. I've watched him take interest in our city, St. Louis, and want to make things better, make them safer. While he was growing up he had visions and I've gotten a chance to actually witness some of those visions along with accomplishments that he had for St. Louis. I know he's a good man and I believe there is a lot of good that he can still do.

I am asking for leniency in his sentencing because he is truly a good person and a good man deserving of a second chance. The community is important to him and he is beloved in the community.

Thanking you, Judge Autrey, for your time and your consideration.

Respectfully,
Dellarese Bryant

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 21 of 49 PageID #: 594

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Regarding Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                    Thu, Apr 9, 2026 at 3:34 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Melanie Evans <melevan@sbcglobal.net>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Thursday, March 26, 2026 at 04:01:56 PM CDT
**Subject:** Regarding Brandon Bosley

Dear Judge Autrey,

My name is Melanie Evans. I am writing you regarding Brandon Bosley. I've known Brandon his entire life. He is my young cousin. His father, Freeman Bosely, Sr., was my uncle and the brother of my mother, Marion Bosley Evans.

Brandon is a loving father who has always been present in his kids' lives, supporting them and always there when they need him. His kids love him dearly. His three young boys are at an impressionable stage in their lives where having a father available is important. His daughter, a young adult, who is now serving our country, needs her father too.

I've watched Brandon grow from a little boy into a man. He is a valued member of our large extended Bosley family. As the older members of our family have passed on, the younger ones like Brandon have stepped in to keep our family together.

Brandon has a good heart. He loves his community. I've watched him work tirelessly to improve the lives of the residents in his northside neighborhood.

I ask you to please show leniency and allow Brandon to serve his time in a halfway house or home confinement where he will be held accountable for his actions yet be able to continue to support his children (financially and emotionally) and give back to the community that he cares deeply about.

Thank you for your time and consideration.

Respectfully,
Melanie Evans

Marilyn Barnett

3505 Sullivan Ave.

St. Louis, MO 63107


Dear Judge Autrey:

This is in regards to the character "heart" of Brandon Bosley.

My name is Marilyn Barnett. I'm a desert storm EAR disabled American veteran.

I'm also a member of the community where Brandon served as Alderman and where I grew to respect him as a great leader, a fantastic father, and understanding and sympathetic person and friend.


This may sound "cliché" but it is not!  He was always compassionate and caring when it came to people.

I once called him because a woman was on our street "high",  taking her clothes off, "lost", " In danger", subject to "who knows what?", He immediately responded.


 He had a gun, putting in his face on many occasions, riding  the neighborhood, trying to patrol and protect. It takes a caring person to do that when he could  be in bed sleep! He has shown up with a bus announcing to the young people in the neighborhood, "All who are interested in getting a job "climb" aboard took him down the slate and many got jobs on the spot that day.

My prayers that you would allow him to be at home perhaps on  house arrest, halfway house or parole if that is possible.

He's  given me positive "talk" many times and I'm sure he's done this for many others!

Children love Brandon whenever I see him, if he's not at work, he appears to be "father goose" . There's children all around Brandon. They would rather be with him than anywhere else.


Truly seems to have a crystal Clearview into the hearts of people that adults sometimes miss!

I also pray that you grant these children the opportunity of his presence to impress upon them a positive outlook on life.. May you show  him some leniency. Thank you for your time.


Sincerely,

Marilyn Barnett.

Patricia Huntspon
3500 Hebert St.
St. Louis MO 63107
314-397-3303
Dear Judge Autrey,

My name is Patricia Huntspon I have known Brandon Bosley for several years. I work with him on many community events in the 3rd Ward. He has a tender heart, especially when it comes to children and seniors.

During and after his term as Alderman and to this day, he rally the community together for the father and son campy out in the park..

He created a safe space for children in North city to be children.

I recall one year while volunteering to prepare meals for the camp. A young mother showed up with her four year-old son. She wanted him to enjoy the camp; she did not have a father in his life. Well only men were allowed to stay overnight so Brandon told her he would watch the little boy overnight she knew and trusted Brandon.

The little boy jumped up and down, so happy that he could stay. The look on the mother's face was priceless. That little boy wasn't the only child Brandon watched and protected throughout the night. It was several of them.

He never turned a child away. There are countless instances I can speak on regarding this young man's character. This is the Brandon Bosley, I know.

So I'm asking for lenient for him instead of sending him to prison. I'm asking you judge to give him house confinement or halfway house  or  probation.

Thank you for taking the time to read this letter and I hope you please let him continue to do the work that he's been doing for years in the community

Sincerely, Patricia Huntspon

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 24 of 49 PageID #: 597

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Supprt Letter for Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>      Thu, Apr 9, 2026 at 3:11 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Beverly McClendon <reeann0401@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Sunday, March 29, 2026 at 01:37:21 PM CDT
**Subject:** Supprt Letter for Brandon Bosley

---------- Forwarded message ---------
From: **Sharona McClendon** <sharonamcclendon71@gmail.com>
Date: Sun, Mar 29, 2026, 1:31 PM
Subject: Supprt Letter for Brandon Bosley
To: <reeann0401@gmail.com>

**Beverly A. McClendon**
3940 Palm Street
St. Louis, Missouri 63107
314-261-6771

**Date:** March 29th, 2026

**The Honorable Judge Autrey**

**Re: Support Letter for Brandon Bosley**

Dear Judge Autrey,

My name is Beverly A. McClendon, and I am a resident of the St. Louis community. I am writing to express my strong support for Mr. Brandon Bosley, whom I have come to know as a positive and dependable presence in our neighborhood.

Throughout the time I have known Mr. Bosley, I have observed him to be a caring and thoughtful individual who is genuinely committed to helping others. He has been especially supportive of the senior residents in our area. I have personally seen him assist by delivering meals and helping with everyday tasks that can be difficult for many of us to handle on our own.

Mr. Bosley's leadership is shown through his actions and dedication to serving those around him. He is someone our community relies on, whether it's checking in on neighbors or making sure we have the assistance we need. His presence has made a meaningful difference in the lives of many.

I respectfully ask the Court to consider a lenient sentence for Mr. Bosley, as his absence would have a significant impact on the senior community he serves. Allowing alternatives such as home confinement or placement in a halfway house would ensure accountability while still enabling him to continue supporting those who depend on him.

Thank you for your time and consideration.

Respectfully,
Beverly A. McClendon

Reverend Darryl G. Gray                                           March 29, 2026
Greater Fairfax Missionary Baptist Church
2941 Greer Ave.
St. Louis, MO  63107

Judge Henry Autrey
Court for the Eastern District of Missouri
111 South 10th Street
St. Louis, MO  63102

Dear Judge Autrey,

My name is Rev. Darry G. Gray, and I serve as the pastor of Greater Fairfax Missionary Baptist Church. I also serve as the chaplain within the St. Louis city jail, which has given me a unique and sobering perspective on the impact of incarceration on individuals, families, and communities. I write to you on behalf of Brandon Bosley, whom I have known for 12 years, both personally and through his service as the once alderman representing the ward in which our church is located.

During his time in public service, I observed Brandon's character through his consistent actions. Whenever our church or surrounding community had a need whether it involved neighborhood concerns, safety issues, or support for community initiatives Brandon was responsive, present, and diligent. He approached his role not as a position of authority, but as a responsibility to serve. That level of commitment left a lasting impression on me and on our congregation.

I have also witnessed firsthand Brandon's commitment to mentoring and supporting young people in our community, particularly young Black males who benefit greatly from positive guidance and presence. One of the most memorable examples was an overnight fishing camp he organized for young boys in the community at a local park. I had the opportunity to serve as a chaperone that evening, and what stood out most was Brandon's dedication. He remained present and engaged throughout the entire night, attentive, and intentional. He was not simply supervising; he was actively serving as a father figure to many of the young boys, offering guidance, encouragement, and a sense of stability that is often missing. That experience left a lasting impression on me and speaks volumes about his character and the role he plays in the lives of others.

From a pastoral perspective, I have come to know Brandon as a man who values family, faith, and community. While I do not minimize the seriousness of the matter before the Court, I believe it is equally important to recognize that individuals are not defined solely by their worst moment. Brandon has demonstrated the capacity for accountability, growth, and continued service.

Through my work in the jail, I have witnessed firsthand the ripple effects that incarceration has on families, children without fathers, households without stability, and communities that lose individuals who still have the potential to contribute in meaningful ways. In many cases, the impact of incarceration extends far beyond the individual and deeply affects those who depend on them.

Brandon Bosley stands before this Court as a man who made a mistake.  But he is also a man who has served his community, supported his family, and still has the capacity to do good. This is not a man who should be removed from his responsibilities if there is a path to hold him accountable while keeping him present.

I respectfully ask the Court to consider that balance. Give him the opportunity to remain a father, a provider, and a contributing member of his community while answering for his actions. That decision will reach further than Brandon alone. It will shape the lives of those who depend on him and the community he has already shown a willingness to serve.

Thank you for your time, your consideration, and your commitment to justice that balances accountability with humanity.

Respectfully,

Signed by:

*Rev Darryl G. Gray*

Rev. Darry G. Gray
Pastor, Greater Fairfax Missionary Baptist Church
Chaplain, City Jail

Dear Judge Autrey,

My name is Helen Frazier, and I am writing on behalf of my nephew, Brandon Bosley. As he became a great bundle of joy in our lives, I have had the privilege of watching him grow into the man he is today.

Brandon is a person who believes in uplifting others. He has always been someone who values family, who works to support and be present for his loved ones, and who strives to be a positive influence on those around him. Over the years, I have seen his growth, his maturity, and his commitment to doing better and being better.

He is not only important to his family, but also to those in his community. Brandon has a heart for helping others and contributing in ways that make a difference. His presence provides both support and encouragement to the people who depend on him.

It is important to understand that Brandon plays a significant role in his family's well-being, especially since the passing of his father. He has been a source of strength and support to his mother and sisters, helping to provide stability, guidance, and care during a difficult time. Being away from them would create a hardship not only financially but emotionally as well. In addition, the community would lose someone who is committed to uplifting others and helping create a better living for others.

I respectfully ask for leniency in this matter. I ask that you please consider alternatives such as house confinement or placement in a halfway house, so that he can remain with his family and continue to be a positive presence in their lives and in the community.

Thank you, Judge Autrey, for your time and consideration.

Respectfully,


Helen Frazier

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 28 of 49 PageID #: 601

 Gmail            Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>          Thu, Apr 9, 2026 at 3:11 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** snnylee h <stlleo@sbcglobal.net>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Monday, March 30, 2026 at 07:48:02 PM CDT
**Subject:** Brandon Bosley

Walter L. Holman Jr.

3811 Kosciusko st.

St. Louis, MO

314/623.2504

**Date:** March 30, 2026

The Honorable Judge Autrey

United States District Court

Eastern District of Missouri

**Re: Letter of Support for Brandon Bosley**

Dear Judge Autrey,

My name is Walter L. Holman Jr., and I am writing to you today both as a lifelong resident of St. Louis and as a career law enforcement officer. I have served with the St. Louis City Police Department at Lambert Airport for over 29 years, contributing to a total of 31 years of experience in law enforcement.

I have known Brandon Bosley since he was a young child of four or five years old. At that time, I knew his father, Alderman Freeman Bosley Sr., and I even had the opportunity to assist with projects in their family home. I vividly remember resurfacing the walls in Brandon's childhood bedroom; it gave me a distinct sense of pride to know, in some small way, I was contributing to the environment of a young person with so much potential.

Throughout the years, my interactions with Brandon remained consistent and positive. We often crossed paths while walking our dogs in the park between our homes. One particular winter day stands out to me: despite the cold, Brandon was so eager to offer a respectful greeting that he practically pulled my hand out of my warm pocket just to shake it. That moment stayed with me because it evidenced a level of respect and character that went beyond his years. I knew then he was headed toward a life of purpose.

Joseph M. Hogan - Attorney at Law Mail - Fw: Brandon Bosley

I have watched Brandon grow from that little boy into a man of service. When he eventually ran for Alderman, I was there cheering him on, knowing his path was defined not just by the prominent family he was raised in, but by the strong character he was raised *into*. Every time I saw him, he greeted me with a smile and a pleasant word.

I am aware of the gravity of the current proceedings, but I believe that Brandon is a young man of fundamentally strong character. We all learn from our mistakes, and based on the decades I have spent observing his growth and his heart for this city, I am confident he will learn from this experience and continue to be a credit to our community.

I respectfully ask the Court to consider leniency in his sentencing. I believe a period of probation and monitoring would allow him to maintain accountability for his actions while ensuring he can continue to grow and serve the community and city he loves.

Thank you, Judge Autrey, for your time and for considering my perspective on Brandon's character.

Respectfully,

**Walter L. Holman Jr.**

March 27, 2026

The Honorable Judge Henry E. Autrey
United States District Court
Eastern District of Missouri

Dear Judge Autry,

This letter is being submitted on behalf of Brandon Bosley. I am seeking leniency from the Court in the upcoming sentencing of Brandon. Brandon Bosley is a natural born community servant, who loves giving all of himself to helping anyone who needs a helping hand, and especially those who are less fortunate and have meager resources.

I have known Brandon since he was six years old. I initially met Brandon when I worked as the Director of Education and Community Programs at the Herbert Hoover Boys & Girls Club (now known as The Boys & Girls Club of Greater St. Louis). Brandon was a member of the club and, as such, often attended the club's summer camps. It was during the summer camps that I first noticed Brandon, and what a caring and helpful little boy he was. Everyday after finishing his lunch, young Brandon would consistently always remain behind to help the lunch room attendant cleanup the lunch room. He would grab a broom and start sweeping the room, or ask to do anything else to help the attendant. It was so heartwarming to watch the youngster take time from playing with the other children, to help someone else. Brandon's service spirit was emerging at that young age.

Fast forward a little over 10 years later and I was doing community organizing work in the former 3rd Aldermanic Ward (St. Louis City), where Brandon lived. By that time Brandon was entering young adulthood and he still had that helping spirit. He was always helping neighbors, assisting his father (Alderman Freeman Bosley, Sr.) in distributing toys, food, etc., to less fortunate residents during give-aways, organizing youth groups, etc. Even to this day, Brandon still lives in the same community and continues to volunteer his time doing such things as setting up educational and recreational youth programs, creating job programs for residents and helping wherever he sees the need.

I could go on and on about the benevolent spirit the Brandon Bosley exudes in the community. To incarcerate and, therefore, completely remove Brandon from the community, would create an unfillable void in a community whose members are often lacking necessary resources and services.

Thank you for your time and attention to my letter and request.

Sincerely,

Shirley Emerson
Adjunct Professor
Harris-Stowe State University
St. Louis, MO 63103

*Robin Saunders Davis*
4303 E. Fairfax Court
St. Louis, Missouri 63113
Srobing06@gmail.com

March 31, 2026

The Honorable Judge E. Autrey
District Judge
Thomas Eagleton United States Courthouse
Courtroom, 10 North
111 South 10th Street
St. Louis, MO 63102

Re:  Brandon Bosley

Dear Judge Autrey,

I submit this letter on behalf of Brandon Bosley, who is before your court for sentencing. I have known Mr. Bosley for eight years, first as an Alderman for the 3rd Ward in the City of St. Louis and secondly as the father of my great, great nephew.

I have known Mr. Bosley to be very conscientious about his responsibilities as an elected official. As Alderman, he had a positive impact on the residents; he cared about the community and held the City accountable about its decisions that impacted his neighbors and served as a defender for them.

As a father, Mr. Bosely is very much involved in his son's life as with his other children.  Providing a considerate and loving foundation of what is right or wrong; his demeanor as a dad is the same, one of love, growth and protection.

Mr. Bosley encompasses great analytical thought process. I would often speak with him about attending law school and becoming an attorney to work toward a greater goal.

Understanding that Mr. Bosley is being held accountable for a mistake.  I understand that we should be allowed to learn and grow from our mistakes and I respectfully ask your consideration for leniency and allow him to serve out his time either on house confinement or a halfway house where he can continue to be a part of his family's life and the community.

Thank you for your consideration.


Robin S Davis

Nannie Lee Williams
2521 W. Hebert St..
St. Louis MO 63107


Dear honorable Judge Autrey,

My name is Nanny Lee Williams and I am a resident of the St. Louis community. I am writing this letter in support of Mr. Brandon Bosley who I have known for at least  20 years.

Brandon Bosley has been an awesome help to all of us  seniors in the community, dropping off food and water. Brandon has always stopped by our home to check on me and my husband. He is dead now. He continues to check on me.

I remember when my daughter, which is now dead,  they sent her home on hospice and I had a hole in the roof where rain was coming in and where her bed was gonna be. I called Brandon he immediately came over. Got up on top of the roof saw where the leak was he went and paid for everything with his own money and came back and repaired the leak. However, my daughter died before the hospice people were able to get the bed in the house.

Is other  that I have in my home that I called Brandon to come fix such as electrical problems and plumbing problems. He has never asked me for any money to help pay for anything. He buys everything himself and repairs.

Judge Audrey, I can't even get my own children to come help out so I appreciate Brandon so much and I love him like a son.

Brandon Bosley is a person that is always there  to help when needed.

So please don't send him to prison. Please consider house arrest, halfway house,  or probation.

Thank you Judge Autrey for listening to me


 Respectfully,
Nannie L. Williams

Case: 4:23-cr-00293-HEA     Doc. #: 161-1     Filed: 04/14/26     Page: 33 of 49 PageID #: 606

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Frazier Bosley
1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                          Thu, Apr 9, 2026 at 3:05 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** SKY CHALLENGE 101 <tailan.112.tbi@gmail.com>
**To:** "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
**Sent:** Tuesday, March 31, 2026 at 12:52:15 PM CDT
**Subject:** Brandon Frazier Bosley

Greetings Judge Autrey,

My name is Tony Bryant II. I am cousin to Brandon Frazier Bosley. I am writing to you in request for leniency with sentencing Brandon. I understand that all must be held accountable for our actions. Brandon can be more accountable outside of prison walls. Brandon has a respect and relationship with the community that most others do not. An influence, even. Brandon grew up learning how to communicate with the generations ahead of him by watching Freeman Sr do his job. Brandon grew up with the generation that now thrives in the community, positively and negatively. He has their respect. He can still do so much for the community, like he has since we were young.

Please consider.

Thank you

Tony Bryant II

Dear Judge

My name is Steven Anderson. I've known Brandon Bosley since childhood, and he's always been a great guy. He's a part of my family and is very active in his family and surrounding neighborhoods. He loves kids and is very active in serving and mentoring the kids in the community. I can go on, but I'll stop there. I'm asking for leniency on his sentence. If there must be a punishment – please consider home confinement or the halfway house.

I appreciate your time and consideration to this message.

Thank you,

Steven Anderson

Case: 4:23-cr-00293-HEA    Doc. #: 161-1   Filed: 04/14/26   Page: 35 of 49 PageID #: 608

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>         Thu, Apr 9, 2026 at 3:04 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Deborah Fowler <dfowler4541508@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Tuesday, March 31, 2026 at 10:44:46 PM CDT
**Subject:** Brandon Bosley

Dare Judge Archery, my name is Deborah Fowler. I have known Brandon Bosley for many years. For the years that I have known him, he has been very respectful and a outstanding member of the community. Since the death of his father, he has been the backbone of the family as well as taking care of his family.

With your leniency, please do not send him to prison. Please put him on house confinement or place him in a halfway home. Thank you for taking the time to read my email Judge Audrey. Please consider my request. I am so sorry for sending this email at this late hour.

Respectfully,
Deborah

Case: 4:23-cr-00293-HEA    Doc #: 161-1    Filed: 04/14/26    Page: 36 of 49 PageID #: 609

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Mercy for Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                    Thu, Apr 9, 2026 at 3:03 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Larry a Jones <mrrevlaj56@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Tuesday, March 31, 2026 at 11:48:52 PM CDT
**Subject:** Mercy for Brandon Bosley

Dear Judge Autrey,

I have known and lived around the Bosley family almost all my life, matter of fact, right down the street from them in the same block, so I know them well.

Brandon is a great guy.  With all the family in government he is of good stock and all the new changes and everything that come upon us sometimes makes us take short cuts to make up for losses.  Brandon has always been a great thinker with great ideals.  The reason for this letter is to ask you for mercy in his sentencing.

Judge Autrey, we know when we are in the public's eye, everyone always looks for fault in what we do whether it's good or bad.  We feel the only resource is justice because justice is the plumbline we must walk.  The one thing we forget is mercy, they walk hand in hand.  Justice suits the cause and mercy suits the case.

Asking for leniency and praying while weighing justice, praying for mercy in the decision because Brandon still has a lot of good left in him.

Respectfully,

Rev. Dr. Larry A. Jones

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 37 of 49 PageID #: 610

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>       Thu, Apr 9, 2026 at 3:04 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Ashlyn Bryant <adbryant@yahoo.com>
**To:** "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
**Sent:** Tuesday, March 31, 2026 at 11:31:19 PM CDT
**Subject:** Brandon Bosley

Dear Judge Autrey,

I am writing to you on behalf of Brandon Bosley. I am the granddaughter of June Bosley. My name is Ashlyn and I am his cousin. My grandmother and his father were the youngest 2 siblings and thick as thieves. I think it's fitting that he and I coined each other as one another's favorite cousin. Brandon and I grew up along side of each other and more often than not you'd find me spending weekends at his house. I'm sure there are photo albums filled with images of the cousins going door to door passing out signs and literature.

Brandon has always been kind, loving and a bit of a comedian. When he introduced the family to his first child, you could see the pride in his eyes at the mention of his little girl's name. I say all of this because he has always been a loving and present father. Caring and considerate member of the boisterous Bosley clan.

If I may do so, I ask that you grant him some leniency when sentencing him. Please keep in mind that he is a father to four children. A brother to 6 sisters and 1 brother and lastly a son.

With all actions come consequences and I am sure Brandon is very aware. Please have mercy on him.

Sincerely,
Ashlyn Bryant-Murphy BSN, RN

Sent from Yahoo Mail for iPhone

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 38 of 49 PageID #: 611

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

# Fw: Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                     Thu, Apr 9, 2026 at 3:03 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Shawn Gatlin <zsgatlin@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Sent:** Wednesday, April 1, 2026 at 12:20:19 PM CDT
**Subject:** Brandon Bosley

Dear Judge Autrey,

My name is Zachary Gatlin, and I am writing on behalf of my cousin, Brandon Bosley. I have known Brandon my entire life, and I can speak to his character as both family and someone who has grown alongside him.

Brandon has always been a dependable and supportive presence in our family as an older and influential cousin. He has shown up when it mattered, continues to offer help when it's needed, and takes pride in being there for his loved ones - siblings, cousins, aunts, uncles, and most importantly, his children. His role in our family goes beyond material or financial support—he provides encouragement, stability, and care.

It is my sincere belief that removing Brandon from his immediate family and our greater family would create a significant hardship. His absence would be deeply felt, both emotionally and practically, by those who rely on him.

I respectfully ask that you consider leniency in Brandon's case, including alternatives such as house confinement or a halfway house. This would allow him to remain accountable while continuing to support his family.

Thank you for your time and consideration.

Best regards,
Zachary S. Gatlin

Dear Judge Autrey,

I am writing to you on behalf of my cousin, Brandon Bosley, to offer my sincere support and to provide some insight into his character and contributions to our community.

Brandon Bosley has consistently demonstrated a deep commitment to serving others, particularly in underserved communities. He dedicates his time and energy to creating meaningful programs and activities for men and boys, providing guidance, mentorship, and positive opportunities where they are often lacking.

Beyond his community work, he is a strong advocate for citizens' rights and equality. He has always stood up for fairness, working to address the needs of those whose voices are too often unheard. His efforts reflect not only leadership, but also compassion and integrity.

I have personally witnessed the positive impact he has had on individuals and families. His work has helped build stronger, more connected communities, with awareness of value and effort within ourselves.

I respectfully ask that you take his character and lifelong contributions into consideration. He is someone who genuinely strives to make a difference and uplift others.

Thank you for your time and consideration.

Sincerely,
Jaquelle Spencer
314-926-4960

Case: 4:23-cr-00296-HEA    Doc #: 161-1    Filed: 04/14/26    Page: 40 of 49 PageID #: 613

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Family Character Letter for Brandon Bosley: Extension Request
1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>            Thu, Apr 9, 2026 at 3:01 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** M. Elysia Baker <melysia@gmail.com>
**To:** "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
**Sent:** Wednesday, April 1, 2026 at 12:46:34 PM CDT
**Subject:** Family Character Letter for Brandon Bosley: Extension Request

Dear Joseph:

My name is Elysia Analo, and I am a cousin of your client, Brandon Bosley. My apologies, but I only recently learned about yesterday's deadline to get you a letter of support for Brandon, and I was not able to finish it in time last night. Would it be possible to send it to you today or tomorrow morning? I definitely want to support Brandon in any way I can, so let me know what timeline still works for you.

Full disclosure: I am also an attorney and have been a litigator for over 10 years, based in Chicago and licensed in Illinois, though my practice has been exclusively civil litigation and employment law. A close friend of mine is a criminal defense attorney who previously worked in the federal public defender's office before clerking, and he gently let me know last night that my letter "completely missed the mark." He is far more knowledgeable about federal criminal law/procedure than I am, and I believe he is right—I very much overcomplicated my initial draft, which was too legal in tone. If there's still time, I'd like to rewrite it to be more helpful before I send it to you.

I understand that the letter should focus on Brandon's character and specific examples, but if you have any guidance on what would be most useful to Judge Autrey, or anything you'd like me to address or avoid, I would genuinely welcome that. I currently have a direct ask for a noncustodial sentence that allows Brandon to be present for his family and community, but again, any advice you have would be much appreciated.

Thank you for everything you are doing for Brandon. I look forward to hearing from you.

Best regards,
M. Elysia Analo
314-550-2064

Sent from my iPhone

## *Maggie Hourd-Bryant*

3210 Harper Street St. Louis, Missouri 63107
Phone:  314•755•2158 (cell) • email: Maggiehbryant@gmail.com

March 29, 2026

Dear Judge Autrey,

Thank you for the opportunity to write this character endorsement and letter of support for Brandon Bosley.  I have known Brandon since 2012.  I must say that, during my acquaintance with him, he has impressed me wholly.  He is a most remarkable young man.  He is dedicated to his family and to his community.

As a father, Brandon is an example for every young man with children.  He is committed and invo.ved in the lives of all of his children.  He had his first child as a teenage'.  As a very young man, when he found that the mom's home was not a suitable environment for his child, he committed to raising her himself.  As an adult, he now has four children—three boys and one girl.  These four children are exemplary in their own right--respectful, mannerable, studious, and community-minded.  I can't wait to see what they will do in the future.  And this is mainly because of the support, love, and time they received from their father.

As a community servant, Brandon took it upon himself without any funding to work with a group of kids who were struggling at home, at school, and some, with the law.  Brandon organized activities for them, served as a big brother and mentor, gave them shelter, food, and clothing, and helped them to either stay in school or return to school.  In addition to the youth group he directly worked with, he also assisted my organization with many of our community activities.  For instance, during our camping and fishing event for fathers and sons, Brandon would serve as the adult male to children who had no father, assuring that they had the opportunity to participate in the event.  He also convinced other adult males to act as substitute for absent fathers giving our kids a number of role models and mentors.  Brandon would single-handedly put up tents for the event (as it was a camping overnight adventure), would run errands, and would patrol the grounds all night making sure that the children were safe.  He served at all of our other events and in our programming as well with equal zeal.

Brandon is special and he is needed here in the community.  Due to his absence, we have decided not to hold our annual camping and fishing event for boys this year.  Without Brandon, most of the heavy lifting cannot get done.

Brandon talks to and engages the unhoused population in our area and refers them to organizations that provide help.  Without him, many of these people will not receive the help that they need.  And, most importantly, he has three boys to raise that will miss their daddy and the key role he plays in their lives.

Please, Judge Autrey, please allow Brandon to remain in the community by granting him probation, remanding him to a half-way house, or better yet, granting him time served as a conclusion to this case.  In a time when so many young, African American men in urban environments are severely challenged by poverty, lack of support at home, and violent behaviors, you have one that is trying hard to make a difference and change the trajectory for himself, his kids, and the community.

Thank you for your time in considering my request.

With Respect,

Maggie Hourd-Bryant

Case: 4:23-cr-00293-HEA   Doc. #: 161-1   Filed: 04/14/26   Page: 43 of 49   PageID #: 616

 **Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Support Letter for Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

Thu, Apr 9, 2026 at 2:51 PM

----- Forwarded Message -----
**From:** Tracy Beavers <tracydb80@yahoo.com>
**To:** "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
**Sent:** Sunday, April 5, 2026 at 10:42:50 AM CDT
**Subject:** Support Letter for Brandon Bosley

**Tracy Beavers**
1412 Bissell Street
St. Louis, Mo 63107
tracydb80@yahoo.com

**Date:** April 3, 2026

**The Honorable Judge Autrey**

**Re: Support Letter for Brandon Bosley**

Dear Judge Autrey,

My name is Tracy Beavers, and I am a business owner and healthcare professional serving the St. Louis community. I am writing on behalf of Mr. Brandon Bosley, someone I have come to know as a dedicated leader whose impact has been felt across our community for many years.

During his time as an alderman, Mr. Bosley was deeply involved in the work that truly matters being present, listening to the needs of the people, and taking action to improve the quality of life in his ward. He did not lead from a distance. He was visible, engaged, and committed to making sure families, youth, and seniors had support and access to resources.

What speaks even louder to me is who he is beyond the title. After leaving office, Mr. Bosley did not step away from the community he stepped even further into it. He has continued to show up, give back, and be a source of support and leadership. That kind of consistency is not something that can be taught; it comes from the heart.

In our communities, leadership is not just about a position it's about presence, trust, and action. Mr. Bosley has continued to embody all three. He is someone people look to, lean on, and respect. His ability to connect with individuals and bring people together is something our community truly needs, especially during times like these.

I say this sincerely we want to see Mr. Bosley stronger than ever in our community. This is not a time where we can afford to lose leaders who are actively making a difference. His presence matters, and his continued involvement is important to the people he serves.

While I understand the seriousness of the matter before the Court, I respectfully ask that you consider leniency. Allowing Mr. Bosley the opportunity to remain in the community while being held accountable would not only support his family but also preserve the positive impact he continues to have on so many others.

Thank you, Judge Autrey, for your time and consideration.

Respectfully,

**Tracy Beavers**


Sent from Yahoo Mail for iPhone

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 45 of 49 PageID #: 618

 **Gmail**

<div align="right">

Joseph Hogan <joe@hogancriminaldefense.com>

</div>

## Fw: Character reference for Brandon Bosley

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>        Thu, Apr 9, 2026 at 2:49 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Bime Carroll <cbime@aol.com>
**To:** "jmhogan4090@sbcglobal.net" <jmhogan4090@sbcglobal.net>
**Cc:** "frazierlucinda@gmail.com" <frazierlucinda@gmail.com>
**Sent:** Wednesday, April 8, 2026 at 09:51:29 AM CDT
**Subject:** Character reference for Brandon Bosley

Dear Judge Autrey

       My name is Bim Carroll. I am writing this letter to provide a character reference for Brandon Bosley. I have known Brandon his entire life. He is a younger cousin whom I've watched grow up to become an outstanding leader in the community, often being the voice of reason and constantly advocating for those who may not have a voice.

       Brandon truly values family and recognizes the importance of his children having a stable father in their lives. He's been an active father since day one, and I've been so proud of him because of that. For several reasons, not a lot of kids get the privilege of having a strong father figure help them through life. A beautiful trait passed down from his father. I've recognized, admired, and respected Brandon's outstanding vision of leadership as a father, because it's something that you don't see every day in our community. I genuinely believe without that leadership, our children suffer, as well as our community.

       I'm respectfully asking the court for leniency. Please don't send Brandon to prison, but instead, house confinement with a work release, where he can still provide not only the physical and emotional support but also still be able to work and maintain financial support for his children. Brandon is a dedicated member of the community. Given the chance, he could make significant contributions to others lives, motivating men of every generation to grow as sons, brothers, fathers, and active members of society. I've always believed in Brandon, and I'm asking you your honor to believe in him too. Thank you, Judge Audrey, for your consideration.

Bime Carroll
Email: cbime@aol.com
Date: April 2, 2026

4/9/26, 3:19 PM
Joseph M. Hogan - Attorney at Law Mail - Fw: Brandon's Character Letter
Case: 4:23-cr-00293-HEA    Doc #: 161-1    Filed: 04/14/26    Page: 46 of 49 PageID #: 619

 Gmail

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Brandon's Character Letter

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                    Thu, Apr 9, 2026 at 2:48 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

----- Forwarded Message -----
**From:** Leon O'Hara <leon.p.ohara.4@gmail.com>
**To:** jmhogan4090@sbcglobal.net <jmhogan4090@sbcglobal.net>
**Cc:** Brandon 'Batman' Bosley <bfbosley2016@gmail.com>
**Sent:** Wednesday, April 8, 2026 at 06:39:18 PM CDT
**Subject:** Brandon's Character Letter

Good Evening Atty. Hogan

Please find my letter below. I also attached the same letter in a document.

Thank you!

Dear Honorable Judge Henry Edward Autrey

I am writing this letter to you on behalf of my brother in Christ, Brandon F. Bosley. Before I take a deep dive into all of his great characteristics and anointing, I would like to take a moment to introduce myself; My name is Leon Pulaski O'Hara IV. I have lived in St. Louis my whole life (since 1973). My family has deep roots here in STL. It is a city that has shaped my family as much as my family has helped to shape it. My maternal grandfather attended Sumner High School and was a carpenter, musician, and amazing provider for my grandmother and their 4 children until he passed away at 90 years old. My paternal grandmother also attended Sumner and ultimately married my other grandfather for whom I am named, (Bishop Dr.) Leon P. O'Hara II. In addition to fathering 7 children, he co-founded and pastored Holy Metropolitan Missionary Baptist Church at 1212 Academy for over 30 years, and maintained a fulltime dentistry practice at Mound City Medical Center on N. Union. Following the footsteps of my grandfathers, I was married and fathered children of my own. I also graduated from Ranken Technical College twice, once in 1994 with an Associates in Carpentry and Building Construction, and again in 2017 with a BS in Applied Management. Today I work in the community as a carpenter and general contractor primarily in north St. Louis. I also own commercial real estate on the north side and have one property serving the community as a business incubator and networking space. I love music and art in general and am a great writer with a talent for writing poetry as well as a newfound talent of painting my poetry. I believe God has instilled a different type of ministry within me that exceeds the boundaries of the pulpit, and allows me to share His Glory with others through the fulfillment of a life well lived.

Before I met Brandon, I spent time with his father, Freeman Bosley Sr while he was in his final years as an alderman in the 3rd Ward. Alderman Bosley believed in me and supported my vision to develop historic properties in his ward before I demonstrated my abilities to actually do the work. He would always say, "I have enough work to keep 10 developers busy for 10 years!" He was not joking. In fact, I'd say that we will

Case: 4:23-cr-00293-HEA   Doc. #: 161-1   Filed: 04/14/26   Page: 47 of 49   PageID #: 620

probably be building up north side neighborhoods for the next 20 years into a community that not only our city can stand and take pride in, but one that our country can exhibit as an example of resilience and the excellence that black people are capable of when we put egos aside and are allowed to succeed. I was in my late 30's at the time and recall a spiritual presence telling me that I was doing the right thing with the right man. Now in my early 50's I undoubtedly equate that presence to none other than The Most High guiding me along the path He paved for me.

I met Brandon in 2017 when he was a new alderman. I was rebuilding my sister's house across the street from his childhood home on Bremen and Blair. Brandon came up to me and introduced himself with a smile and warmth in his eyes that told me he was genuine and had an old soul. You could tell he was raised by older parents with good values, which is probably why we vibe so well. He invited me to join him in numerous community events like camping in the park which is held Father's Day weekend in Hyde Park. Mother's Day in the Park, toy drives, and bookbag drives are some other events he holds in the community even to this day (post aldermanic term). It wasn't long before the two of us became good friends and started brainstorming, planning, and working together in the community. We have a plan for Hyde Park that is incredible and sustainable. We know that our plan will work, and at the risk of sounding like a conspiracy theorist, we think that there are 'skin' folks and white folks working against us so that they can take all the credit and the wealth. Conversely, we also have white folks and plenty of black folks that believe in us and are ready to help. Your Honor, I am going to reveal some things to you that you may find difficult to believe, or perhaps may cause you to think that I have a screw or two missing. While the later may be true and the information may sound crazy, what I write is true. I used to urge Brandon to exercise extreme caution around the Arab business owners within our community, citing them as fake and not to be trusted. My reasoning for the distrust goes back to the western shores of Africa, as Arabic men worked with Europeans to enslave Africans. The plot and script seldom change, and the players are often camouflaged in order to cloak intent, but evil can never hide behind its results. I had those conversations with Brandon well before the FBI first employed the services of their criminal informant, Mohammed Almatan. Lo and behold, the only aldermanic members that were targeted by the FBI all happened to be black fathers. I find that interesting, alarming, and appalling. Here we have a career criminal that has committed crimes that exceed his convictions (known and unknown by the FBI), embedded within our community with some seemingly legitimate businesses covering operations darker than the shades he wore on the stand in your courtroom. However, a man like Almatan was used to bribe, manipulate, and incriminate 4 black fathers who may have otherwise never tried to pursue any unethical or illegal activities.

Specifically in Brandon's case, Almatan attempted to bribe Brandon numerous times and it was not until the underpaid, overworked, and mentally exhausted Alderman Bosley decided to take his vehicle to Almatan for an insurance quote, that he unwittingly committed a victimless 'crime'. He didn't defraud the insurance company out of any money. He simply did not want the insurance company to pay less than what the work was worth, nor did he want Almatan to have any sort of leverage over him for political favors. If he had not been mentally exhausted, he probably would have thought for a few ticks before taking his vehicle to what seemed to be the most convenient option at the time. The other crimes that the feds charged him with were direct results of their attempts to entrap Brandon with a real crime. In other words, if the feds didn't employ a criminal to coerce Brandon, there would be zero charges to discuss.

Your Honor, I realize that you are not a lifelong member of St. Louis and perhaps don't know about all of the excellence of historically black neighborhoods in our city. We have had a few on both sides of the river, but for the sake of time, I'm going to focus on one and provide parallels to what we are witnessing throughout the northside today. In the central corridor of our downtown and midtown area there existed a neighborhood known as Millcreek Valley. Millcreek was home to over 20,000 black residents and in it existed a true community in which dollars were able to circulate many times before leaving. The neighborhood was also

Case: 4:23-cr-00293-HEA    Doc. #: 161-1    Filed: 04/14/26    Page: 48 of 49    PageID #: 621

the financing capital of black St. Louis, and had a financial reach that exceeded the city's borders. After less than 40 years of growth and development under black leadership and empowerment , (white) City leadership cited some struggles with buildings that were in need of repairs and/or plumbing improvements and made systematic moves enlisting local, state, and federal departments to demolish the community and uproot the families and businesses that were just on their way towards thriving and building legacies. The reality of the situation; city leaders thought St. Louis' central business district was too black for the future of the city and did what colonizers are best suited for; extracting people and resources without appropriately compensating the occupants of an area or innovators of an idea.  Furthermore, once the city successfully decimated the financing capital of black St. Louis, city leaders worked on a long-term strategy to all but guarantee the failure of any black communities in our city. Economic hitmen drew strategies that included federal redlining laws and combined that with a 'benign neglect' approach towards city services in the same redlined area. With such a deliberate effort to destabilize black neighborhoods in our city, the community members that remained were either beaten into submission with illegal narcotics funneled into our communities by our shadow government, or frightened into silence by drug game enforcers. Now that all people (black, white, and everything in between) are beginning to wake up to the traps and tricks of a world designed to enslave our minds, the most powerful men for leadership are being targeted for control or destruction. This is no surprise to those of us that understand the spiritual battle that is going on in this world. The question is, will those of us in positions of power risk doing the right thing at all times, or will we allow our own fears of personal punishment to dictate our actions. Brandon was in a position to do great things in the city and I believe that God will place him into position again. He is anointed to be a leader in our community and perhaps beyond. Yes, he made some mistakes. None of us are perfect, but our imperfections are what God is able to use to keep us on track while engaging others on our journey.

Judge Autrey, I'm asking that you show Brandon Bosley mercy in this case as this is his first and only conviction. While hanging around Brandon, I have noted that Brandon is deeply empathetic and wants what is best for our community. However, I have also urged Brandon to take breaks from servicing the community as the process can be extremely mentally and emotionally draining. None of us are perfect men and we sometimes self-medicate in order to continue pushing ourselves. The path of self-medication can lead to some poor decisions and derail many good efforts. I'm not saying that self-medication is to blame for his decision to seek help from Almatan, but perhaps he was dealing with way too much to be totally clear at the time. At any rate, I'm asking that he not have to serve a day incarcerated and that he is ultimately exonerated of all crimes for which he has been charged and/or convicted. Alternatively, I'm asking that you assign some community service activities to Brandon. Some examples that I came up with are as follows:

- Taking elderly and youth to church for 90 to 180 days
- Community cleanup operations during the same time period
- Voter education and registration efforts
- Psychiatric Therapy to help keep him whole as an empath in our community (I too am an empath and see a psychiatrist monthly - it has helped me quite a bit)
- Recruitment efforts within the community for construction trades
- Work on reducing the use of cuss words (not sure how you can help him with that one, but I will try)

Your Honor, my pledge to you should you see fit to grant my plea for Brandon's freedom; I will work with him to help keep him on task. Brandon's mother already considers me as a mentor to him and I'm a firm believer in friends sharpening the countenance of God in one another. Our community needs more fathers working within it in order to realize stability, growth, and prosperity.

Thank you for considering sentencing alternatives!

Case: 4:23-cr-00293-HEA   Doc. #: 161-1   Filed: 04/14/26   Page: 49 of 49 PageID #: 622

Respectfully,

Leon P. O'Hara IV


--

*Leon P. O'Hara IV*

314.283.6061 c

_____

📄 **Character Letter BFB.pdf**
   88K