UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 4:23 CR 00293 HEA |
| v. | ) | |
| | ) | |
| BRANDON BOSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by and through Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith and Matt Martin, Assistant United States Attorneys for the Eastern District of Missouri, and for its Response to Defendant's Sentencing Memorandum (ECF 161), pursuant to this Court's April 11, 2025 Administrative Order, states to this Honorable Court as follows:

1.    Defendant's suggestion that he was targeted or selected for prosecution because he is a member of a family which once held political sway in the City of St. Louis is ludicrous and simply untrue.  Any individual, much less an elected member of the St. Louis Board of Aldermen, who is so brash as to concoct and carry out a criminal scheme such as this Defendant's and is foolish enough to have done it in front of high- definition video and audio recording cameras, could be, should be, and presumably would be charged, prosecuted and convicted.  That is what happened here.  Nothing more, and certainly nothing less.  The people of St. Louis deserve such action as that taken by the United States here to hold this Defendant accountable for his criminal conduct.  No amount of continued complaining and protesting on Defendant's part will minimize the crimes for which the jury found him guilty.

2.    Defendant argues for a downward variance to home detention in his Memorandum.  Such

1

a sentence in this case would not account for the scope and extent of Defendant's criminal conduct, both in the fraud scheme and in his making of false statements to the FBI in an effort to conceal his scheme. Such a sentence would also not accomplish the purposes of sentencing, including fair and just punishment, and would not take into account all the pertinent 3553(a) factors, as discussed in the United States' Sentencing Memorandum.  To be clear, the United States Probation Office is not in any way *recommending* a downward variance to a non- guideline sentence, but simply reiterating matters concerning Defendant's history which this Court may wish to consider.  PSR, paragraph 90.  As stated, "The presentation of information in this section does not necessarily constitute a recommendation by the probation office for a variance and imposition of a non-guideline sentence."  PSR, paragraph 89.  The United States Bureau of Prisons is well positioned to provide this Defendant with any physical and mental health care he requires, as well as substance abuse treatment if deemed appropriate, although Defendant has been on bond conditions in this case for a lengthy period of time and upon information and belief he has not displayed any health issues nor has he presented substance abuse issues.

3.      It remains the position of the United States that a sentence within the upper end of the guidelines range, or above, is appropriate here, based upon the underlying facts and circumstances, as discussed more fully in the United States' Sentencing Memorandum.

WHEREFORE, the United States of America prays that this Honorable Court sentence Defendant to an appropriate term of imprisonment within the upper end, or above, of the advisory

2

guideline range, without a downward variance, and for such other relief as this Court deems appropriate and just under the circumstances.

Respectfully submitted,

THOMAS C. ALBUS
United States attorney


*/s/ Hal Goldsmith*
HAL GOLDSMITH #32984
Assistant United States Attorney
111S. 10th Street, Room 20.331 St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the defendant's counsel of record.


*/s/ Hal Goldsmith*
HAL GOLDSMITH
Assistant United States Attorney