UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:23-CR-00293-HEA |
| vs. | ) | District Court Docket Number |
| | ) | |
| BRANDON BOSLEY, | ) | Henry E. Autrey |
| | ) | District Court Judge |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Brandon Bosley appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment and Order of <u>Conviction & Sentence</u> entered in this action on April 28, 2026.

Respectfully submitted,

/S/ JOSEPH M. HOGAN
Joseph M. Hogan, 47008MO
Attorney for Defendant
7710 Carondelet, Ste. 404
Clayton, Missouri 63105
(314) 863-9898
jmhogan4090@sbcglobal.net

Transcript Order Form

☐ Please Prepare a transcript of:
   X  Jury Trial
   ☐ Testimony or
   ☐ Portions thereof
**X** Sentencing
   ☐ Post Trial Proceedings
   Other Guilty Plea Hearing

**INFORMATION SHEET**
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1.Defendant's Address:        1114 Destrehan St., St. Louis, MO 63107

2.Date of Sentencing:        April 29, 2026

    Offense:        Count one, two, & three:  Conspiracy to Commit Wire Fraud,
Count five:  False Statements

3.  Sentence and Date Imposed:  16 months confinement B.O.P
April 28, 2026

4.  Appealing:  Sentence X Conviction X
    Challenging:        ☐ Application of Sentencing
        ☐ Constitutionality of Guidelines
        **X**  Both Application and Constitutionality

5.  Date Trial Transcript ordered by Counsel: April 29, 2026

    Stenographer in Charge:  Angela Daley
    (Name, Address, Phone)  United States District Court
        111 South Tenth Street
        St. Louis, MO 63102
        314 -244-7983 & 314-244-7989

6.  Trial Counsel was:        **X** Appointed        ☐ Retained

    Does Defendant's financial status warrant appointment of counsel on appeal?
        **X** Yes        ☐ No

    Is there any reason why trial counsel should not be appointed as counsel on appeal?
    No.

7.Assistant U.S. Attorney Name and Phone Number:        Hal Goldsmith
        (314)  539-2200