# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1894

United States of America

Appellee

v.

Brandon Bosley

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cr-00293-HEA-1)

_____

**ORDER**

Attorney Joseph Mark Hogan is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

May 08, 2026

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler